IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| **Compression Vectors LLC,** | Case No. 2:22-cv-02261-EP-ESK |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Hanwha Corporation,** | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: July 27, 2022

Respectfully submitted,

/s/ David W. deBruin (#4846)
David W. deBruin (#4846)
Napoli Shkolnik LLC
919 N. Market St., Suite 1801
Wilmington, DE 19801
(302) 330-8025
DdeBruin@NapoliLaw.com

SO ORDERED

  s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 7/29/2022

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
5680 King Centre Dr, Suite 645
Alexandria, VA 22315

1